United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 24, 2024
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| In re § | | No. 24-60025 |
| § | | Chapter 11 |
| GFH, LTD., *et al.*[1] § | | Jointly Administered |
| § | | |
| Debtors. § | | |

### ORDER SETTING HEARING ON CONFIRMATION OF SUBCHAPTER V SMALL BUSINESS PLAN AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF

On October 22, 2024, the Debtors filed their Amended Joint Plan of Reorganization for Small Business Under Subchapter V, Chapter 11 (ECF no. 157).

IT IS THERFORE ORDERED THAT:

1. No later than two business days after the entry of this Order, Debtors must: (a) serve a copy of this Order, a copy of their proposed plan, and ballot(s) conforming to Official Form 14 on all parties entitled to notice, and (b) file a certificate of service with the Clerk's office.

2. Tuesday, November 12, 2024 is the deadline for filing and serving written objections to confirmation of the Plan.

3. Thursday, November 14, 2024 is the deadline for returning ballots accepting or rejecting the Plan. Ballots must be received on this day for them to be counted.

4. Friday, November 15, 2024 is the deadline for the Debtors to file: (a) ballot summaries and copies of all returned ballots, and (b) a proposed order confirming the Plan.

---

[1] The Debtors in these Chapter 11 cases, along with the last 4 digits of their respective Employer Identification Numbers or Social Security Numbers, are: (a) GFH, Ltd. (No. 24-60025, EIN x7639); (b) Grace Funeral Home, Inc. (No. 24-60026, EIN x3686); (c) Hauwin Enterprises, Inc. (No. 24-60027, EIN x6774); (d) Crossroads Mortuary Services, LLC (No. 24-60028, EIN x1214); (e) Charles Henry William Hauboldt, III and Heather Denise Hauboldt (No. 24-60029, SSN -2182 and SSN -6546).

5. A confirmation hearing will be held on Monday, November 18, 2024 at 1:00 p.m. CST in Courtroom 401 at the United States Courthouse, 515 Rusk, 4th Floor, Houston, TX 77002.

6. Parties who wish to appear electronically must follow the instructions on Judge Lopez's web page—https://www.txs.uscourts.gov/page/united-states-bankruptcy-judge-christopher-m-lopez. Parties are additionally instructed to: (1) call in utilizing the dial-in-number for hearings before Judge Lopez at 832-917-1510, conference room number 590153 and (2) log on to GoToMeeting for video appearances and witness testimony, utilizing conference code: JudgeLopez. Parties **must have two separate devices** to appear by video and telephonically. One device will be used to log on to GoToMeeting and the other will be used to call the telephonic conference line.

7. Witness/exhibit lists and exhibits must be filed and exchanged in accordance with BLR 9013-2.

Signed: October 24, 2024

_____
Christopher Lopez
United States Bankruptcy Judge